# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# PECOS DIVISION

| | | |
|---|---|---|
| **SOLOMON FORTNEY** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | NO.   PE:21-CV-00076 |
| | § | |
| **BATTLE ENERGY SERVICES,** | § | |
| *Defendant.* | § | |

## ORDER

BEFORE THE COURT is the Parties' Notice of Settlement (Doc. 35) filed May 1, 2024, informing the Court that all matters between the parties have been fully settled. Accordingly,

This case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter a final order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are ordered to file the papers necessary to dismiss this action on or before **FORTY-FIVE (45)** days from the docketing of this Order.

The Final Pretrial Hearing and Jury Selection/trial are cancelled. All pending motions, if any, are therefore **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this 2nd day of May, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE